IN THE UNITED STATES DISTRICT COURT
Middle District of Alabama

_Eastern_ Division

CIVIL ACTION NO.
1:07-CV-299-MHT

MARVIN THOMPSON
PETITIONER

vs.

RICHARD ALLEN, et, al.,
RESPONDENTS

DECLARATION IN SUPPORT
OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, _Marvin Thompson_, declare, depose, and say that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1.  Are you presently employed?    Yes ☒    No ☐

    a. If you answered **YES**, state the amount of your salary or wages per month, and give the name and address of your employer.

    _$5.25_

    b. If you answered **NO**, state the date of last employment and the amount of the salary and wages per month which you received.

*Rev. 4/96*

2. Have you received, within the past 12 months, any money from any of the following sources?

    a. Business, profession or form of self-employment?  Yes ☐  No ☑
    b. Rent payments, interest or dividends?  Yes ☐  No ☑
    c. Pensions, annuities or life insurance payments?  Yes ☐  No ☑
    d. Gifts or inheritances?  Yes ☐  No ☑
    e. Any other sources?  Yes ☑  No ☐

If you answered **YES** to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

*Fiance' & Brother sent money for personal needs Phone calls, personal hygiene items ETC. Money used mostly for support for Elderly mom + step children.*

3. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

    Yes ☐    No ☑

If you answered **YES**, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

    Yes ☐    No ☑

If you answered **YES**, describe the property and state its approximate value.

**CONTINUED ON NEXT PAGE**

5. List the persons who are dependent upon you for support; state your relationship to those persons (father, mother, spouse, etc.); and indicate how much you contribute toward their support.

_Johnnie R. Thompson (mother) Catherine & Lashone_
_Banks (whatever I can, over $2,000.00 in the_
_past (6) months_

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this __24th__ day of __APRIL__, __2007__.

_Marvin Thompson_
Signature of Plaintiff

---

I hereby certify that the plaintiff herein has the sum of $ __179.34__ on account to his/her credit at the __FCI OAKDALE__ institution where he/she is confined.

I further certify that the plaintiff likewise has the following securities to his/her credit according to the records of said __-0-__ institution:

_[signature] 4/24/07 Coll Counselor_
Authorized Officer of Institution

---

- 3 -

Date: 04/24/2007  
Time: 2:29:33 pm  

Facility: OAK  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

**Start Date:** 07/24/2006  
**End Date:** 04/24/2007  
**Inmate Reg#:** 84302020  
**Account Status:** All  
**Institution:** All  

## General Information

| Inmate Reg#: | 84302020 | Living Quarters: | V06-348L |
|---|---|---|---|
| Inmate Name: | THOMPSON, MARVIN C | Arrived From: | ATL |
| Current Site Name: | Oakdale FCI | Transferred To: | OAK |
| Housing Unit: | OAK-V | Account Creation Date: | 5/11/2006 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OAK | 07/25/2006 03:21:46 AM | TX072506 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| OAK | 08/12/2006 05:26:11 AM | TX081206 | | | Transfer - In from TRUFACS | $34.32 | | $34.32 |
| OAK | 08/14/2006 04:50:19 PM | ITS0814 | | | Phone Withdrawal | ($5.00) | | $29.32 |
| OAK | 08/14/2006 07:23:45 PM | ITS0814 | | | Phone Withdrawal | ($9.00) | | $20.32 |
| OAK | 08/15/2006 04:48:49 PM | ITS0815 | | | Phone Withdrawal | ($7.00) | | $13.32 |
| OAK | 08/15/2006 11:28:58 PM | ITS0815 | | | Phone Withdrawal | ($3.00) | | $10.32 |
| OAK | 08/16/2006 04:49:35 PM | ITS0816 | | | Phone Withdrawal | ($4.00) | | $6.32 |
| OAK | 08/17/2006 06:17:49 PM | ITS0817 | | | Phone Withdrawal | ($6.00) | | $0.32 |
| OAK | 08/24/2006 06:16:26 AM | 33323406 | | | Western Union | $100.00 | | $100.32 |
| OAK | 08/24/2006 05:17:39 PM | ITS0824 | | | Phone Withdrawal | ($20.00) | | $80.32 |
| OAK | 08/24/2006 05:54:48 PM | 142 | | | Sales | ($54.19) | | $26.13 |
| OAK | 08/24/2006 08:42:38 PM | ITS0824 | | | Phone Withdrawal | ($6.00) | | $20.13 |
| OAK | 08/25/2006 05:09:51 PM | 33323606 | | | Western Union | $25.00 | | $45.13 |
| OAK | 08/25/2006 08:25:19 PM | ITS0825 | | | Phone Withdrawal | ($5.00) | | $40.13 |
| OAK | 08/26/2006 05:04:39 PM | ITS0826 | | | Phone Withdrawal | ($2.00) | | $38.13 |
| OAK | 08/29/2006 11:53:24 AM | 59 | | | Sales | ($18.08) | | $20.05 |
| OAK | 08/31/2006 08:33:16 PM | ITS0831 | | | Phone Withdrawal | ($10.00) | | $10.05 |
| OAK | 09/01/2006 09:59:28 PM | ITS0901 | | | Phone Withdrawal | ($6.00) | | $4.05 |
| OAK | 09/02/2006 08:33:16 AM | ITS0902 | | | Phone Withdrawal | ($4.00) | | $0.05 |

Page 1

Date: 04/24/2007
Time: 2:29:35 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: OAK

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 84302020 | Living Quarters: | V06-348L |
| Inmate Name: | THOMPSON, MARVIN C | Arrived From: | ATL |
| Current Site Name: | Oakdale FCI | Transferred To: | OAX |
| Housing Unit: | OAK-V | Account Creation Date: | 5/11/2006 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OAK | 09/07/2006 05:10:05 PM | 33324506 | | | Western Union | $15.00 | | $15.05 |
| OAK | 09/07/2006 06:59:09 PM | ITS0907 | | | Phone Withdrawal | ($7.00) | | $8.05 |
| OAK | 09/07/2006 08:14:59 PM | ITS0907 | | | Phone Withdrawal | ($1.00) | | $7.05 |
| OAK | 09/08/2006 09:07:32 PM | ITS0908 | | | Phone Withdrawal | ($1.00) | | $6.05 |
| OAK | 09/08/2006 09:25:36 PM | ITS0908 | | | Phone Withdrawal | ($2.00) | | $4.05 |
| OAK | 09/09/2006 06:03:02 AM | ITS0909 | | | Phone Withdrawal | ($1.00) | | $3.05 |
| OAK | 09/09/2006 03:31:50 PM | ITS0909 | | | Phone Withdrawal | ($3.00) | | $0.05 |
| OAK | 09/11/2006 09:46:47 AM | FIPP0806 | | | Payroll - IPP | $2.76 | | $2.81 |
| OAK | 09/11/2006 04:31:45 PM | ITS0911 | | | Phone Withdrawal | ($2.00) | | $0.81 |
| OAK | 09/13/2006 09:10:05 PM | 33324906 | | | Western Union | $50.00 | | $50.81 |
| OAK | 09/13/2006 10:07:13 PM | ITS0913 | | | Phone Withdrawal | ($6.00) | | $44.81 |
| OAK | 09/13/2006 10:16:05 PM | ITS0913 | | | Phone Withdrawal | ($4.00) | | $40.81 |
| OAK | 09/14/2006 12:11:42 PM | 64 | | | Sales | ($20.84) | | $19.97 |
| OAK | 09/14/2006 06:10:15 PM | ITS0914 | | | Phone Withdrawal | ($6.00) | | $13.97 |
| OAK | 09/14/2006 10:14:05 PM | ITS0914 | | | Phone Withdrawal | ($2.00) | | $11.97 |
| OAK | 09/15/2006 12:27:08 PM | FICP0906 | | | Inmate Co-pay | ($2.00) | | $9.97 |
| OAK | 09/16/2006 08:32:23 PM | ITS0916 | | | Phone Withdrawal | ($3.00) | | $6.97 |
| OAK | 09/17/2006 06:18:36 PM | ITS0917 | | | Phone Withdrawal | ($2.00) | | $4.97 |
| OAK | 09/19/2006 03:07:56 PM | 90 | | | Sales | ($4.90) | | $0.07 |
| OAK | 09/21/2006 05:09:09 PM | 33325506 | | | Western Union | $31.00 | | $31.07 |
| OAK | 10/01/2006 12:52:01 PM | ITS1001 | | | Phone Withdrawal | ($11.00) | | $20.07 |
| OAK | 10/01/2006 02:30:28 PM | ITS1001 | | | Phone Withdrawal | ($3.00) | | $17.07 |
| OAK | 10/02/2006 05:11:59 PM | ITS1002 | | | Phone Withdrawal | ($4.00) | | $13.07 |
| OAK | 10/02/2006 06:20:17 PM | ITS1002 | | | Phone Withdrawal | ($5.00) | | $8.07 |
| OAK | 10/03/2006 03:03:32 PM | 60 | | | Sales | ($7.95) | | $0.12 |
| OAK | 10/03/2006 03:07:55 PM | 64 | | | Sales | $2.10 | | $2.22 |
| OAK | 10/03/2006 05:21:40 PM | ITS1003 | | | Phone Withdrawal | ($2.00) | | $0.22 |
| OAK | 10/05/2006 05:08:13 PM | 33300407 | | | Western Union | $31.00 | | $31.22 |
| OAK | 10/05/2006 05:28:50 PM | ITS1005 | | | Phone Withdrawal | ($10.00) | | $21.22 |
| OAK | 10/05/2006 09:36:32 PM | ITS1005 | | | Phone Withdrawal | ($5.00) | | $16.22 |

Page 2

Date: 04/24/2007
Time: 2:29:35 pm

Facility: OAK

## Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 84302020 | Living Quarters: | V06-348L |
| Inmate Name: | THOMPSON, MARVIN C | Arrived From: | ATL |
| Current Site Name: | Oakdale FCI | Transferred To: | OAX |
| Housing Unit: | OAK-V | Account Creation Date: | 5/11/2006 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OAK | 10/06/2006 03:16:59 PM | GIPP0906 | | | Payroll - IPP | $10.92 | | $27.14 |
| OAK | 10/06/2006 05:09:07 PM | 33300507 | | | Western Union | $41.00 | | $68.14 |
| OAK | 10/06/2006 09:37:19 PM | ITS1006 | | | Phone Withdrawal | ($7.00) | | $61.14 |
| OAK | 10/07/2006 04:01:15 PM | ITS1007 | | | Phone Withdrawal | ($7.00) | | $54.14 |
| OAK | 10/08/2006 02:07:36 PM | ITS1008 | | | Phone Withdrawal | ($4.00) | | $50.14 |
| OAK | 10/08/2006 09:05:52 PM | ITS1008 | | | Phone Withdrawal | ($7.00) | | $43.14 |
| OAK | 10/10/2006 11:07:48 AM | 10 | | | Sales | ($42.69) | | $0.45 |
| OAK | 10/17/2006 09:08:22 PM | 33301207 | | | Western Union | $50.00 | | $50.45 |
| OAK | 10/18/2006 04:49:43 PM | ITS1018 | | | Phone Withdrawal | ($4.00) | | $46.45 |
| OAK | 10/19/2006 05:07:30 PM | 33301407 | | | Western Union | $31.00 | | $77.45 |
| OAK | 10/19/2006 05:10:18 PM | 93 | | | Sales | ($26.03) | | $51.42 |
| OAK | 10/23/2006 05:27:01 PM | ITS1023 | | | Phone Withdrawal | ($12.00) | | $39.42 |
| OAK | 10/24/2006 11:11:41 AM | 8 | | | Sales | ($35.59) | | $3.83 |
| OAK | 10/31/2006 05:46:31 PM | 135 | | | Sales | ($2.50) | | $1.33 |
| OAK | 11/01/2006 06:04:25 PM | ITS1101 | | | Phone Withdrawal | ($1.00) | | $0.33 |
| OAK | 11/02/2006 05:08:31 PM | 33302407 | | | Western Union | $25.00 | | $25.33 |
| OAK | 11/02/2006 06:17:14 PM | ITS1102 | | | Phone Withdrawal | ($15.00) | | $10.33 |
| OAK | 11/04/2006 05:31:29 PM | ITS1104 | | | Phone Withdrawal | ($4.00) | | $6.33 |
| OAK | 11/04/2006 07:23:13 PM | ITS1104 | | | Phone Withdrawal | ($6.00) | | $0.33 |
| OAK | 11/05/2006 01:06:59 PM | 33302607 | | | Western Union | $40.00 | | $40.33 |
| OAK | 11/05/2006 01:47:36 PM | ITS1105 | | | Phone Withdrawal | ($15.00) | | $25.33 |
| OAK | 11/05/2006 06:30:12 PM | ITS1105 | | | Phone Withdrawal | ($7.00) | | $18.33 |
| OAK | 11/06/2006 06:33:06 PM | ITS1106 | | | Phone Withdrawal | ($3.00) | | $15.33 |
| OAK | 11/06/2006 10:21:58 PM | ITS1106 | | | Phone Withdrawal | ($3.00) | | $12.33 |
| OAK | 11/07/2006 06:03:29 PM | 148 | | | Sales | ($5.50) | | $6.83 |
| OAK | 11/07/2006 10:39:32 PM | ITS1107 | | | Phone Withdrawal | ($6.00) | | $0.83 |
| OAK | 11/13/2006 09:20:51 AM | GIPP1006 | | | Payroll - IPP | $66.99 | | $67.82 |
| OAK | 11/13/2006 05:27:09 PM | ITS1113 | | | Phone Withdrawal | ($7.00) | | $60.82 |
| OAK | 11/14/2006 12:01:04 PM | 39 | | | Sales | ($55.11) | | $5.71 |
| OAK | 11/20/2006 03:11:28 PM | 146 | | | Sales | ($4.69) | | $1.02 |

Date: 04/24/2007
Time: 2:29:35 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: OAK

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 84302020 | Living Quarters: | V06-348L |
| Inmate Name: | THOMPSON, MARVIN C | Arrived From: | ATL |
| Current Site Name: | Oakdale FCI | Transferred To: | OAX |
| Housing Unit: | OAK-V | Account Creation Date: | 5/11/2006 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OAK | 11/29/2006 03:05:16 PM | 69 | | | Sales | ($0.75) | | $0.27 |
| OAK | 11/30/2006 05:07:23 PM | 33304407 | | | Western Union | $25.00 | | $25.27 |
| OAK | 12/01/2006 06:25:20 PM | ITS1201 | | | Phone Withdrawal | ($15.00) | | $10.27 |
| OAK | 12/02/2006 03:14:56 PM | ITS1202 | | | Phone Withdrawal | ($5.00) | | $5.27 |
| OAK | 12/03/2006 09:47:40 AM | ITS1203 | | | Phone Withdrawal | ($5.00) | | $0.27 |
| OAK | 12/08/2006 02:54:29 PM | GIPP1106 | | | Payroll - IPP | $66.99 | | $67.26 |
| OAK | 12/08/2006 05:12:56 PM | ITS1208 | | | Phone Withdrawal | ($10.00) | | $57.26 |
| OAK | 12/10/2006 11:11:33 AM | ITS1210 | | | Phone Withdrawal | ($3.00) | | $54.26 |
| OAK | 12/10/2006 07:46:53 PM | ITS1210 | | | Phone Withdrawal | ($3.00) | | $51.26 |
| OAK | 12/12/2006 03:07:29 PM | 83 | | | Sales | ($34.40) | | $16.86 |
| OAK | 12/14/2006 06:08:32 PM | 33305407 | | | Western Union | $25.00 | | $41.86 |
| OAK | 12/15/2006 04:56:31 PM | ITS1215 | | | Phone Withdrawal | ($11.00) | | $30.86 |
| OAK | 12/19/2006 03:09:23 PM | 78 | | | Sales | ($18.00) | | $12.86 |
| OAK | 12/31/2006 09:31:34 AM | ITS1231 | | | Phone Withdrawal | ($5.00) | | $7.86 |
| OAK | 01/01/2007 06:24:28 PM | ITS0101 | | | Phone Withdrawal | ($5.00) | | $2.86 |
| OAK | 01/02/2007 04:30:52 PM | ITS0102 | | | Phone Withdrawal | ($2.00) | | $0.86 |
| OAK | 01/07/2007 05:29:09 AM | 70174102 | | | Lockbox - CD | $25.00 | | $25.86 |
| OAK | 01/07/2007 03:33:25 PM | ITS0107 | | | Phone Withdrawal | ($3.00) | | $22.86 |
| OAK | 01/09/2007 11:12:22 AM | GIPP1206 | | | Payroll - IPP | $17.64 | | $40.50 |
| OAK | 01/09/2007 02:57:46 PM | 77 | | | Sales | ($22.50) | | $18.00 |
| OAK | 01/10/2007 05:07:26 PM | 33307307 | | | Western Union | $25.00 | | $43.00 |
| OAK | 01/14/2007 09:31:41 AM | ITS0114 | | | Phone Withdrawal | ($5.00) | | $38.00 |
| OAK | 01/16/2007 02:59:31 PM | 70 | | | Sales | ($26.64) | | $11.36 |
| OAK | 01/16/2007 03:01:01 PM | 71 | | | Sales | ($9.25) | | $2.11 |
| OAK | 01/25/2007 05:06:17 PM | 33308407 | | | Western Union | $25.00 | | $27.11 |
| OAK | 01/26/2007 06:19:41 PM | ITS0126 | | | Phone Withdrawal | ($2.00) | | $25.11 |
| OAK | 01/27/2007 05:11:51 AM | 70175501 | | | Lockbox - CD | $25.00 | | $50.11 |
| OAK | 01/30/2007 05:35:09 PM | 130 | | | Sales | ($42.65) | | $7.46 |
| OAK | 02/01/2007 04:30:47 PM | ITS0201 | | | Phone Withdrawal | ($7.00) | | $0.46 |
| OAK | 02/02/2007 05:12:35 PM | 33309007 | | | Western Union | $75.00 | | $75.46 |

Page 4

Date: 04/24/2007
Time: 2:29:35 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: OAK

## General Information

| Inmate Reg#: | 84302020 | Living Quarters: | V06-348L |
|---|---|---|---|
| Inmate Name: | THOMPSON, MARVIN C | Arrived From: | ATL |
| Current Site Name: | Oakdale FCI | Transferred To: | OAX |
| Housing Unit: | OAK-V | Account Creation Date: | 5/11/2006 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OAK | 02/02/2007 05:21:43 PM | ITS0202 | | | Phone Withdrawal | ($10.00) | | $65.46 |
| OAK | 02/02/2007 06:11:37 PM | ITS0202 | | | Phone Withdrawal | ($5.00) | | $60.46 |
| OAK | 02/03/2007 05:41:47 PM | ITS0203 | | | Phone Withdrawal | ($7.00) | | $53.46 |
| OAK | 02/04/2007 06:25:16 AM | ITS0204 | | | Phone Withdrawal | ($3.00) | | $50.46 |
| OAK | 02/04/2007 06:46:56 AM | ITS0204 | | | Phone Withdrawal | ($10.00) | | $40.46 |
| OAK | 02/05/2007 05:00:11 PM | ITS0205 | | | Phone Withdrawal | ($5.00) | | $35.46 |
| OAK | 02/06/2007 04:42:47 PM | ITS0206 | | | Phone Withdrawal | ($5.00) | | $30.46 |
| OAK | 02/06/2007 05:01:44 PM | ITS0206 | | | Phone Withdrawal | ($5.00) | | $25.46 |
| OAK | 02/06/2007 05:51:04 PM | 144 | | | Sales | ($20.34) | | $5.12 |
| OAK | 02/07/2007 05:07:44 PM | ITS0207 | | | Phone Withdrawal | ($5.00) | | $0.12 |
| OAK | 02/12/2007 09:42:39 AM | GIPP0107 | | | Payroll - IPP | $69.40 | | $69.52 |
| OAK | 02/13/2007 05:42:28 PM | 146 | | | Sales | ($68.94) | | $0.58 |
| OAK | 02/15/2007 06:08:36 PM | 33309907 | | | Western Union | $500.00 | | $500.58 |
| OAK | 02/19/2007 05:07:45 PM | 33310107 | | | Western Union | $200.00 | | $700.58 |
| OAK | 02/20/2007 05:21:52 PM | 121 | | | Sales | ($221.69) | | $478.89 |
| OAK | 02/27/2007 11:56:50 AM | 55 | | | Sales | ($33.45) | | $445.44 |
| OAK | 02/28/2007 10:03:54 PM | ITS0228 | | | Phone Withdrawal | ($25.00) | | $420.44 |
| OAK | 03/01/2007 10:40:46 AM | 354 | | | SPO | | ($25.15) | $410.44 |
| OAK | 03/01/2007 06:01:11 PM | ITS0301 | | | Phone Withdrawal | ($10.00) | | $405.44 |
| OAK | 03/01/2007 09:37:20 PM | ITS0301 | | | Phone Withdrawal | ($5.00) | | |
| OAK | 03/02/2007 05:11:02 PM | 33311007 | | | Western Union | $2,100.00 | | $2,505.44 |
| OAK | 03/02/2007 06:01:40 PM | ITS0302 | | | Phone Withdrawal | ($20.00) | | $2,485.44 |
| OAK | 03/03/2007 11:20:51 PM | ITS0303 | | | Phone Withdrawal | ($10.00) | | $2,475.44 |
| OAK | 03/07/2007 11:11:16 AM | 10 | | | Sales | ($60.69) | | $2,414.75 |
| OAK | 03/08/2007 10:54:03 AM | 386 | | | SPO | | ($184.05) | |
| OAK | 03/09/2007 09:26:52 AM | GIPP0207 | | | Payroll - IPP | $100.20 | | $2,514.95 |
| OAK | 03/09/2007 09:27:15 AM | GIPP0207 | | | Payroll - IPP | $5.25 | | $2,520.20 |
| OAK | 03/13/2007 11:55:55 AM | 55 | | | Sales | ($30.95) | | $2,489.25 |
| OAK | 03/14/2007 08:08:36 PM | ITS0314 | | | Phone Withdrawal | ($10.00) | | $2,479.25 |
| OAK | 03/20/2007 11:50:50 AM | 54 | | | Sales | ($39.04) | | $2,440.21 |

Page 5

Date: 04/24/2007  
Time: 2:29:35 pm

Facility: OAK

## Federal Bureau of Prisons
## TRUFACS
### Inmate Statement
Sensitive But Unclassified

### General Information

| Inmate Reg#: | 84302020 | Living Quarters: | V06-348L |
|---|---|---|---|
| Inmate Name: | THOMPSON, MARVIN C | Arrived From: | ATL |
| Current Site Name: | Oakdale FCI | Transferred To: | OAX |
| Housing Unit: | OAK-V | Account Creation Date: | 5/11/2006 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OAK | 03/22/2007 03:24:41 PM | | | 745 | Bills | ($1,500.00) | | $940.21 |
| OAK | 03/23/2007 10:20:37 AM | 14 | | | Sales | $0.00 | | $940.21 |
| OAK | 03/23/2007 10:30:50 AM | 27 | | | Sales | $0.00 | | $940.21 |
| OAK | 04/01/2007 06:17:00 AM | ITS0401 | | | Phone Withdrawal | ($10.00) | | $930.21 |
| OAK | 04/01/2007 10:47:38 AM | ITS0401 | | | Phone Withdrawal | ($11.00) | | $919.21 |
| OAK | 04/02/2007 05:35:16 PM | ITS0402 | | | Phone Withdrawal | ($10.00) | | $909.21 |
| OAK | 04/02/2007 07:29:02 PM | ITS0402 | | | Phone Withdrawal | ($20.00) | | $889.21 |
| OAK | 04/03/2007 11:53:07 AM | 35 | | 790 | Sales | ($131.15) | | $758.06 |
| OAK | 04/03/2007 03:02:06 PM | | | | Support | ($160.00) | | $598.06 |
| OAK | 04/03/2007 06:48:24 PM | ITS0403 | | | Phone Withdrawal | ($5.00) | | $593.06 |
| OAK | 04/05/2007 08:01:39 PM | ITS0405 | | | Phone Withdrawal | ($5.00) | | $588.06 |
| OAK | 04/06/2007 08:31:03 AM | GIPP0307 | | | Payroll - IPP | $2.40 | | $590.46 |
| OAK | 04/06/2007 09:10:42 AM | 13 | | | Sales | $0.00 | | $590.46 |
| OAK | 04/09/2007 10:37:08 AM | 354 | | | SPO - Released | | $25.15 | |
| OAK | 04/09/2007 01:17:37 PM | 386 | | | SPO - Released | | $184.05 | $601.16 |
| OAK | 04/10/2007 11:49:22 AM | ITS2CONV | | | Phone Rev With Rel | $10.70 | | |
| OAK | 04/11/2007 04:17:24 AM | TX041107 | | | Transfer - Out to TRUFACS | ($601.16) | | $0.00 |

| Total Transactions: | 156 | | | | Totals: | $0.00 | $0.00 | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|

Page 6

# Inmate Statement

| | |
|---|---|
| Inmate Reg #: 84302020 | Current Institution: Oakdale Complex |
| Inmate Name: THOMPSON, MARVIN | Housing Unit: OAK-A |
| Report Date: 04/24/2007 | Living Quarters: V06-348L |
| Report Time: 3:25:08 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $184.05 | -------- |
| OAX | 4/24/2007 10:16:24 AM | 13 | | | SPO - Released | | | |
| | | | | | Sales | ($234.85) | | $179.36 |
| OAX | 4/24/2007 10:16:24 AM | 1 | | | Sales | $0.00 | | $414.21 |
| OAX | 4/23/2007 11:49:52 AM | 42 | | | Sales | $0.00 | | $414.21 |
| OAX | 4/23/2007 11:48:49 AM | 41 | | | Sales | $0.00 | | $414.21 |
| OAX | 4/20/2007 11:04:44 PM | TFN0420 | | | Phone Withdrawal | ($10.00) | | $424.21 |
| OAX | 4/20/2007 9:10:50 AM | 5 | | | Sales | $0.00 | | $424.21 |
| OAX | 4/17/2007 11:31:16 AM | 19 | | | Sales | ($101.95) | | $526.16 |
| OAX | 4/15/2007 6:13:17 AM | TFN0415 | | | Phone Withdrawal | ($15.00) | | $541.16 |
| OAX | 4/14/2007 9:55:11 AM | TFN0414 | | | Phone Withdrawal | ($10.00) | | $551.16 |
| OAX | 4/13/2007 5:18:08 PM | TFN0413 | | | Phone Withdrawal | ($10.00) | | $561.16 |
| OAX | 4/13/2007 6:16:50 AM | TFN0413 | | | Phone Withdrawal | ($10.00) | | $571.16 |
| OAX | 4/12/2007 5:39:49 PM | TFN0412 | | | Phone Withdrawal | ($5.00) | | $576.16 |
| OAX | 4/12/2007 1:59:29 PM | TFN0412 | | | Phone Withdrawal | ($25.00) | | |
| OAX | 4/11/2007 12:12:16 PM | 13 | | | SPO | | ($184.05) | -------- |
| OAX | 4/11/2007 10:52:27 AM | 8 | | | SPO | | ($25.15) | -------- |
| OAX | 4/11/2007 4:17:24 AM | TX041107 | | | Transfer - In from TRUFACS | $601.16 | | $601.16 |

1

**Total Transactions: 16**                                                    **Totals:** $179.36    ($25.15)

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| OAX | $154.21 | $0.00 | $0.00 | $25.15 | $0.00 | $0.00 | $0.00 | $179.36 |
| Totals: | $154.21 | $0.00 | $0.00 | $25.15 | $0.00 | $0.00 | $0.00 | $179.36 |

Box 5000 /vernon(2) unit
[...]dale L.A. 71463

PM 25 APR

U.S. MAGistrate Judge
Terry. F. MOOrer.
C/O U.S. District Court Clerk
U.S. District Court
P O Box. 711
Montgomery, ALA. 36101-0711