IN THE UNITED STATES DISTRICT COURT OF THE
UNITED STATES FOR THE MIDDLE DISTRICT OF
ALABAMA EASTERN DIVISION



MARVIN.C.THOMPSON,
    petitioner,

v.

STATE OF ALABAMA,
    respondent,

CIVIL ACTION.NO
3:07-CV-299-MHT
[WO]

REQUEST FOR EXTENSION
OF TIME TO
PAY FILING FEE

COMES NOW THAT THE PETITIONER SHOWING GOOD CAUSE DOES NOW REQUEST THAT THIS MOST HONORABLE COURT WOULD EXTEND THE THE TIME FOR REQUIRING THE PETITIONER TO PAY THE PARTIAL FILING FEE REQUIRED IN ITS ORDER SENT ON MAY,1st,2007,AND DOES FURTHER REQUEST THAT THE COURT RECALCULATE THE FEE BASED UPON PETITIONERS ACTUAL (6) MONTH FINANCIAL STATEMENT AND NOT THE ERRONEOUS FIGURE THAT WAS CALCULATED.THE PETITIONER ONLY ACTUALLY HAD APPROXIMATELY$293.00 CASH MONEY TO HIS ACCOUNT CREDIT THE FIGURE STATED BY THE COURT OBTAINED FROM THE REPORT DID NOT ITEMIZE THE TOTAL AVAILABLE BALANCE,WITH THE WITHELD AMOUNT FOR A SPECIAL PURCHASE ORDER, THAT WAS MINUS THE TOTAL $483.00 THAT WAS AVAILABLE TO SPEND.THIS ALONG WITH FUNDS THAT WERE A PART OF THE INMATE TRUFAC PHONE SYSTEM ACCOUNT MADE THE TOTAL AMOUNT APPROX, $513.00.AGAIN THE PETITIONER RECIVED, THESE FUNDS ONLY DUE TO HELP FROM FAMILY AND FIANCE TO ASSIST WITH THE CARE OF HIS BLIND ELDERLY MOTHER/W ALZHIEMERS,AND TO PAY FOR PHONE CALLS AND PERSONAL HYGIENE ITEMS.PETITIONERS INSTITUTIONAL PAY IS ONLY$5.25 A MONTH AND PETITIONER DOES NOT HAVE THE AMOUNT THE COURT REQUESTS ON HIS ACCOUNT AT THIS TIME AND DOES NOT ANTICIPATE HAVING ANYTHING NEAR THIS AMOUNT ANY TIME SOON.THE PETITIONER THEREFORE REQUESTS THAT THE COURT WOULD SHOW MERCY AND ALLOW PETITIONER TO PAY THE 20% OF HIS

(pg.2)

MONTHLY GROSS WHILE HE IS INCARCERATED DUE TO HIS POVERTY AND HIS NEED TO CARE FOR HIS MOM AND PERSONAL HYGIENE NEEDS.

Certificate of service

I do Declare that a copy of this request has been placed in the U.S. postal mailbox at the Oakdale federal prison.

May, 10th 2007

Marvin Thompson

SINCERLY SUBMITED

MARVIN THOMPSON

MAY 10th, 2007

Marvin Thompson.



Mario Thompson 81/302-020
M) oakdale federal correctional institution
P.O. Box 5000 /vernon(2)unit
Oakdale L.A. 71463

Office of the Clerk
United States District Court
P.O Box 711
Montgomery, ALA 36101-0711

ALEXANDRIA LA 713
11 MAY 2007 PM 1 T

36101+0711