IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN THOMPSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-CV-299-MHT |
| | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on May 14, 2007 (Court Doc. No. 6), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from May 21, 2007 to and including June 4, 2007 to pay the $134.36 initial partial filing fee in compliance with the directives of the order entered on May 1, 2007 (Court Doc. No. 5).

Done this 15th day of May, 2007.

　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE