IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN THOMPSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-CV-299-MHT |
| | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to recalculate initial partial filing fee filed by the petitioner on May 14, 2007 (Court Doc. No. 6), and as this court must base its calculation on all funds deposited to the petitioner's inmate account, it is

ORDERED that this motion be and is hereby DENIED.

Done this 15th day of May, 2007.

                                                    /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE