RECEIVED
2007 JUN -6 A 9:51
written 6/1/07
Mailed 6/3/07

ERNA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Marvin C. Thompson )
Petitioner )
-V- )
)
State of Alabama )
Respondents )
)
)

Civil Action No.
3:07 CV-299-MHT

Motion for Request
of Alternative payment
Method

Comes now That:

The petitioner named herein does plead upon The Mercy of The Court. petitioner was granted an extension from May, 21, 2007 To an including June 4, 2007 To pay 134.36 initial partial filing fee, The petitioner has appealed To the Court on May 14, 2007, and pled his cause To The Honorable court, because he Knew he did not have anything like the Requested fee, and had no way of obtaining That amount any time Soon. The petitioner is in every way indigent and any previous funds over a previous (6) month period does no justice to petitioners present or future condition. petitioner's Constitutional and civil rights are being violated and his poverty is due to these violations, petitioner was assisted in order to provide assistance to a completely

helpless Mother, and to aid in his upkeep for personal Items he needed while incarcerated, these funds were limited and have been depleted. The petitioners pay scale is $5.25 per month he pleads with the Honorable Court To Sympathize in this matter To The extent to declare indigency or waive the initial filing fee for petitioner, and allow him Justice Through his petition of Coram Nobis Mandamus, petitioner has been denied his Due proces

(1 of 2) cont-

The State has allowed his paid Legal Counsel to Rob him of his $1600.00 payment, by letting Counsel withdraw without filing one of his present prose Motions to suppress, along with several other Motions that would have exonarated this petitioner, the State then left Petitioner without Counsel for Months and refused to respond to detainer requests as required by the I.A.D. Act. and denied speedy trial right to petitioner as well by Appointing an attorney that was at Conflict with petitioner prior to appointment. After weeks of writing and pleading, the State Court Judge, dismissed the attorney at his request, instead of plaintiff's Motion, and appointed New Counsel, the same Counsel as his co-defendant in the Criminal Case. The Court has repeatedly denied due process to this petitioner and has preJudiced his Case, and has Continued this malicious prosecution for charges it cannot prove and has lost the credibility for through the Malicious retalitery acts of its only witness, the preJudices in this prosecution goes against all the Ethics of fair Jurisprudence. The petitioner pleads with this Court to intervene, and not let his indigency be the Cause of his rights being abandoned. the Federal Jurisdiction in this Matter Came through the unlawful acts of a Rogue law enforcement official Lt. Steven Wood, This Officers Termination for acts of a discredible nature warrants not only dismissal of all State Charges, but Remand

only dismissal of all state charges, fine, & inance and vacatur of a shorter of supervised release, petitioner does not mind signing any agreement to pay the court for its assistance so he can proceed and be relieved of this tainted prosecution. he requests assistance with complying with the Courts May 15th Court order and Respectfully requests the Speedy order for the State To Comply with Coram nobis mandamus

Thank you, Done this 3rd Day of May. 2007  Marvin Thompson

Mr. Marvin Thompson 84302-020
Oakdale Federal Correctional Institution
P.O. Box 5000 / vernon (2) unit
Oakdale, LA. 71463

ALEXANDRIA LA 713
04 JUN 2007 PM 2 T

c/o Office of the Clerk
US District Court Magistrate
Judge MOORER
P.O. Box 711
Montgomery, Ala. 36101-0711

36101+0711

```
Sales Invoice  ---S.B.U.---
Oakdale Complex
MAIN
Account No. 84302020        OAX3011
THOMPSON, MARVIN C
05/29/2007 06:41:18 PM TX#302893   140
----------------------------------------
BEGINNING BALANCES:
Available Balance is $13.54
Spending Limit Balance is $115.27
Account Balance is $13.54
========================================
Qty     Description           Price
========================================
 1      PEACHES & CREAM D     $2.65
*40     SINGLE .01 STAMP      $0.40
 1      BLACK CHERRY          $1.15
 1      BBQ POTATO CHIPS      $1.05
 1      TUNA FRESH CATCH      $1.30
 2      MACKEREL FILLETS      $2.40
 3      CEREAL BAR - STRA     $0.90

                Total         $9.90

Charge 84302020               $9.90
----------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $3.64
Spending Limit Balance is $105.77
Account Balance is $3.64
----------------------------------------


Signature
WILL BE CLOSED WEEK OF 06/25/07
```