IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN THOMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:07cv299-MHT |
| ) | (WO) |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered on June 7, 2007 (Doc. #11), said Recommendation is hereby adopted, and it is the ORDER, JUDGMENT and DECREE that the petition for writ of mandamus be DISMISSED for lack of jurisdiction.

DONE, this the 9th day of July, 2007.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE