UNITED STATES OF AMERICA

    V.

MARVIN.C.THOMPSON

JULY 13,2007

NOTICE OF ADDRESS
    CHANGE

PLEASE BE ADVISED RECENT CHAGE OF PRISON FACILITY HAS PROMPTED ME TO INFORM YOU THAT MY NEW ADDRESS IS,F.C.I. YAZOO CITY LOW,FEDERAL CORRECTIONAL INST. P.O.BOX 5000,YAZOO CITY,MS 39194.

PLEASE FORWARD ALL FUTURE CORRESPONDENCE TO THIS ADDRESS.

THANK YOU,

MARVIN.C.THOMPSON

*Marvin Thompson*
7/13/07

MR:MARVIN.C.THOMPSON 84302-020
OAKDALE FEDERAL CORRECTIONAL INSTITUTION
P.O.BOX 5000/VERNON(2) UNIT
OAKDALE, LA. 71463.

ALEXANDRIA LA 713
16 JUL 2007 PM 1 T

36101-0711

UNITED STATES DISTRICT COURT
(CLERK OF COURT)
P.O.BOX 711
MONTGOMERY,AL.36101-0711